**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-7455**

CHARLES BENNIE HUNT,

                              Plaintiff - Appellant,

        versus

JOE FREEMAN BRITT; J. TOWNSEND,

                              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-98-562-5-CT-BO)

Submitted:  December 17, 1998        Decided:  January 11, 1999

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Bennie Hunt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Bennie Hunt appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hunt v. Britt, No. CA-98-562-5-CT-BO (E.D.N.C. Aug. 14 & Sept. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED